**Electronically Filed
Supreme Court
SCWC-29913
27-JUL-2011
07:46 AM**

NO. SCWC-29913

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOSEPH B. CALARRUDA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29913; CR. NO. 06-1-2300)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Joseph B. Calarruda's

application for writ of certiorari filed on June 22, 2011, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, July 27, 2011.

Edward J.S.F. Smith
on the application for
petitioner/defendant-
appellant.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.